# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| GMAC Mortgage Corporation | Case No. 1:06-cv-00345 |
| Plaintiff, | |
| vs. | Judge Honorable Christopher A. Boyko |
| John C. Flynn, et al. | **MOTION TO CANCEL SALE** |
| Defendants. | |

    Plaintiff moves the Court for an entry cancelling the sale scheduled for March 3, 2008. Plaintiff does not wish to pursue the action at this time. Plaintiff moves the Court for an entry disbursing $500.00 from Plaintiff's $1,400.00 deposit to Mark E. Dottore, the assigned master commissioner.

Respectfully submitted,

/s/ Kevin L. Williams
Kevin L. Williams (0061656)
Manley Deas Kochalski LLC
P. O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-222-4921
Fax: 614-220-5613
Email: klw-f@mdk-llc.com
Attorney for Plaintiff

Case: 1:06-cv-00345-CAB Doc #: 37 Filed: 03/03/08 1 of 2. PageID #: 172

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 3, 2008, a copy of the foregoing Motion to Cancel Sale was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by ordinary U.S. Mail. Parties may access this filing through the Court's system.

John C. Flynn
19560 Lorain Road
Fairview Park, OH 44126

      /s/ Kevin L. Williams
      Kevin L. Williams

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **GMAC Mortgage Corporation** | Case No. 1:06-cv-00345 |
| Plaintiff, | **Judge Honorable Christopher A. Boyko** |
| vs. | |
| **John C. Flynn, et al.** | **ORDER CANCELLING SALE** |
| Defendants. | |

UNITED STATES DISTRICT JUDGE HONORABLE CHRISTOPHER A. BOYKO

This matter is before the Court on the motion of Plaintiff for an entry cancelling the sale scheduled for March 3, 2008. The Court hereby grants Plaintiff's motion. The sale scheduled for March 3, 2008 is hereby cancelled. The Clerk is hereby ordered to disburse $500.00 from Plaintiff's $1,400.00 deposit to Mark E. Dottore, the assigned master commissioner.

IT IS SO ORDERED.

    s/Christopher A. Boyko
Judge Honorable Christopher A. Boyko
United States District Court Judge

/s/ Kevin L. Williams
Kevin L. Williams (0061656)
Manley Deas Kochalski LLC
P. O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-222-4921
Fax: 614-220-5613
Email: klw-f@mdk-llc.com
Attorney for Plaintiff

March 3, 2008

G:\Cases - TM\06-01910\motion to cancel sale-080303-FFA.wpd