# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| GMAC Mortgage Corporation, | ) | CASE NO. 1:06CV00345 |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| John C. Flynn, et al., | ) | |
| | ) | |
| Defendant(s). | ) | **J U D G M E N T** |

The Court has filed its Order in the above-captioned matter. The Judgment and Decree of Foreclosure entered in this case are vacated and this matter is dismissed without prejudice at Plaintiff's costs.

Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

                                            s/Christopher A. Boyko
                                            HONORABLE CHRISTOPHER A. BOYKO
                                            UNITED STATES DISTRICT JUDGE

May 21, 2008